# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2190

_____

VANDRELL R. JACOBS SR.,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


May 1, 2024


PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vandrell R. Jacobs Sr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.